The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

Dated: 01:19 PM October 27, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **Charles Clifton Craig While and** | : | **Case No.: 19-62346** |
| **Debbie Lou While,** | : | **Judge Russ Kendig** |
| **Debtors.** | | |

### AGREED ORDER SETTLING TRUSTEE'S OBJECTION
### TO CONFIRMATION OF PLAN

This matter is before the Court on Trustee's Objection to Confirmation of the Chapter 13 Plan. The parties have agreed to the following:

1. The Plan payment shall be $1,898.00 per month beginning November 2020.

2. To resolve the good faith issue, Paragraph 5.1 of the Plan shall reflect that the general unsecured creditors shall not receive less than $7,500 as Debtors are keeping the 2005 Harley Davidson.

3. Paragraph 6.1 of the Plan shall reflect that the lease with Toyota Motor Creditor shall be assumed and Debtors shall pay the lease directly.

4. The child support arrears owed to MCCSEA shall be disbursed by Trustee and paid in full pursuant to their proof of claim (No. #20).

5. The delinquency, if any, is hereby suspended as of the date of this order.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that the Plan of the Debtor(s) is amended as stated above.

###

**Approved By:**


/s/ Deborah L. Mack
Deborah L. Mack
Attorney for Charles Clifton Craig and Debbie Lou While


**Submitted By:**


/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Deborah L. Mack, Counsel for Charles Clifton Craig and Debbie Lou While, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

Charles Clifton Craig While, Debtor, via regular mail at:
1672 Amoy West Road
Mansfield, OH 44903

Debbie Lou While, Debtor, via regular mail at:
1672 Amoy West Road
Mansfield, OH 44903