The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

Dated: 10:40 PM November 12, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| Charles Clifton Craig While and | : | Case No.: 19-62346 |
| Debbie Lou While, | : | Judge Russ Kendig |
| Debtors. | | |

### AGREED ORDER SETTLING OBJECTION OF DEBTOR(S) TO TRUSTEE'S MODIFICATION OF PLAN

This matter is before the Court on Objection of Debtor(s) to Trustee's proposed Modification of Plan. Parties agree to the following:

1. The Plan payment shall increase to $1,958.00 per month beginning December 2021 in order for the Plan to be feasible.

2. The general unsecured creditors shall receive $7,500.00 or the funds remaining after disbursements have been made to all other creditors provided for in this Plan, whichever is greater.

3. All other provisions of the Chapter 13 Plan shall remain unchanged.

**IT IS SO ORDERED.**

###

**Approved By:**


/s/ Deborah L. Mack
Deborah L. Mack (0067347)
Counsel for Charles Clifton Craig and Debbie Lou While
53 East Main Street
Lexington, OH 44904
Telephone: 419.524.4683
Email: Debbie@ohiofinancial.lawyer


**Submitted By:**


/s/ A. Michelle Jackson Limas
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Deborah L. Mack, Counsel for Charles Clifton Craig and Debbie Lou While, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

Charles Clifton Craig While, Debtor, via regular mail at:
1672 Amoy West Road
Mansfield, OH 44903

Debbie Lou While, Debtor, via regular mail at:
1672 Amoy West Road
Mansfield, OH 44903