# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Charles Clifton Craig While and** | : | **Case No. 19-62346** |
| **Debbie Lou While,** | : | **Judge John Gustafson** |
| Debtor(s). | | |

## NOTICE OF INTENT TO STOP PAYMENT TO CREDITOR

Notice is hereby given that Dynele L. Schinker-Kuharich, Chapter 13 Trustee, has received correspondence indicating that Proof of Claim No. 20-3 filed by Mahoning County CSEA has been paid in full.

Trustee will forever cease distribution on this Proof of Claim unless otherwise notified in writing by Debtor or by Creditor that Trustee should continue to pay the Proof of Claim.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

# NOTICE OF INTENT TO STOP PAYMENT TO CREDITOR

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, has filed papers with the Bankruptcy Court to stop payment of certain Proof of Claim.

**Your rights may be affected.** **You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want payment of the above listed Proof of Claim to stop, or if you want the Court to consider your views on the Notice, then on or before December 7, 2022, you or your attorney must file with the Court an Objection to the Notice at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave. S.W.
> Canton, OH 44702

If you mail your Objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy to:

> Dynele L. Schinker-Kuharich
> Chapter 13 Trustee
> 200 Market Avenue North, Suite 30
> Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Notice and may enter an Order granting that relief.

November 16, 2022

> /s/ Dynele L. Schinker-Kuharich
> Dynele L. Schinker-Kuharich (0069389)
> Chapter 13 Trustee
> A. Michelle Jackson Limas (0074750)
> Staff Counsel to the Chapter 13 Trustee
> 200 Market Avenue North, Ste. 30
> Canton, OH 44702
> Telephone: 330.455.2222
> Facsimile: 330.754.6133
> Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, a true and correct copy of the Notice of Intent to Stop Payment to Creditor and Notice thereof was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Deborah L. Mack, Counsel for Charles Clifton Craig and Debbie Lou While, at Debbie@ohiofinancial.lawyer

and via regular U.S. Mail, postage prepaid, upon:

Charles Clifton Craig While, Debtor
1672 Amoy West Road
Mansfield, OH 44903

Debbie Lou While, Debtor
1672 Amoy West Road
Mansfield, OH 44903

Mahoning County CSEA, Creditor
Attn: Cashier
345 Oak Hill Ave
PO Box 119
Youngstown, OH 44501

Mahoning County CSEA
Attn: Joshua Baumann, Staff Attorney and Administrative Officer
345 Oak Hill Avenue
PO Box 119
Youngstown, OH 44501

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee