IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 PROCEEDING |
| CHARLES CLIFTON CRAIG WHILE, | : | |
| DEBBIE LOU WHILE, | : | JUDGE JOHN P. GUSTAFSON |
| | : | |
| DEBTORS. | : | CASE NO. 19-62346 |
| | : | |

**APPLICATION FOR THE ALLOWANCE OF ATTORNEY FEES**

Now comes Jonathon C. Elgin, Attorney for Debtors Charles Clifton Craig While and Debbie Lou While, and moves this Court for an order allowing compensation for services rendered in connection with the above captioned case. The undersigned represents that as such attorney, he performed services and continues to perform services for the benefit of the estate. The services rendered in connection with this case are charged at **$600.00** in Attorney Fees and $**0.00** in Expenses.

Prior to the commencement of the action, Debtor paid to counsel **$0.00**. *Prior Counsel Deborah L. Mack agrees to reduce her previously approved attorney compensation by $600.00.*

These fees include routine services rendered in Chapter 13 proceedings, agreed in writing between the debtor and counsel, which include:

(a) Assuming responsibility as counsel of record for existing Chapter 13 Proceeding.
(b) All conferences with the debtor, including timely responses to debtor inquiries, whether by telephone or in writing.
(c) Negotiation and communication with priority and secured creditors, including the Internal Revenue Service, and representation at hearings related thereto.
(d) Preparation of documents and notices, including submissions based upon Trustee recommendations, the filing of suggestion of bankruptcy, routine objections to claims, amendments to schedules, voluntary dismissals, and all case related correspondence.
(e) Responding to routine objections to plan confirmation, and, when necessary, preparing, filing and serving an amended plan or one (1) modification not requiring a hearing.
(f) Representation of the debtor at the confirmation hearing, but not including an evidentiary hearing.

(g) Representation of the debtor in connection with at least two (2) 11 U.S.C. §362 motions, one (1) concerning the debtor's residence and one (1) concerning a vehicle, but not including an evidentiary hearing upon these matters.
(h) Representation of the debtor on motions to avoid liens.
(i) Representation of the debtor on one (1) motion to reinstate stay and one (1) motion to reinstate case.
(j) Representation of the debtor on routine objections to claims.
(k) Two (2) motions for suspension of payments, two (2) motions to dismiss, removal of wage garnishments, and other motions not specifically referenced herein.
(l) Providing such other legal services as are necessary for the administration of the case, including but not limited to, continuing to assist the debtor by returning phone calls, answering questions, and reviewing and sending correspondence.
(m) Preparing appropriate case closeout paperwork and following up with client to ensure proper case closure and discharge.

The above disclosed fee does not include the following services, which require a separate fee agreement: amending schedules, representation of clients in dischargeability actions, stay violation actions or for relief from stay, and adversary proceedings of any kind, except as specifically provided above.

WHEREFORE, Jonathon C. Elgin, Attorney for the Debtor, respectfully requests that he be allowed the sum of **$600.00** for fees as compensation for the services rendered herein and incurred in the representation of the Debtor, plus **$0.00** for costs advanced and expenses incurred, for a total of **$600.00**. After deduction of the amount previously paid of **$0.00**, a total amount is due of **$600.00** in attorney fees and expenses which shall be paid pro rata at the Trustee's discretion until paid in full.

Respectfully submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin (OH 0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
jc@jcelgin.com

# CERTIFICATE OF SERVICE

I certify that on September 28, 2023, a true and correct copy of the Motion for Atty's Fees, was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Dynele L. Schinker-Kuharich, Standing Ch. 13 Trustee at DLSK@Chapter13Canton.com via the court's Electronic Case Filing System
- Austin B. Barnes, III on behalf of Creditor PENNYMAC LOAN SERVICES, LLC abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Katherine Carpenter on behalf of Creditor PENNYMAC LOAN SERVICES, LLC kcarpenter@reimerlaw.com, kcarpenter_954@ecf.courtdrive.com
- Alison Anne Gill on behalf of Creditor Harley-Davidson Credit Corporation alison.gill@ohiolaws.com, sara.weaver@ohiolaws.com
- Richard John LaCivita on behalf of Creditor PENNYMAC LOAN SERVICES, LLC bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com

and by regular U.S. Mail, postage prepaid, upon:

Charles Clifton Craig While
1672 Amoy West Rd
Mansfield, OH 44903

Debbie Lou While
1672 Amoy West Road
Mansfield, OH 44903

ECF CREDITOR MATRIX ATTACHED

                                                /s/Jonathon C. Elgin
                                                Jonathon C. Elgin (0096390)
                                                *Attorney for Debtors*

Label Matrix for local noticing
0647-6
Case 19-62346-jpg
Northern District of Ohio
Canton
Thu Sep 28 14:00:21 EDT 2023

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
PO Box 788
Kirkland, WA 98083-0788

Canton
Canton
Frank T. Bow Federal Building
201 Cleveland Avenue SW
Canton, OH 44702-1912

Capital One Auto Finance, a division of Capi
c/o AIS Portfolio Services, LP
4515 N Santa Fe Avenue Dept. APS
Oklahoma City, OK 73118-7901

Harley-Davidson Credit Corporation
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

PENNYMAC LOAN SERVICES, LLC
c/o Reimer Law Co.
30455 Solon Road
Solon, OH 44139-3415

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702-1745

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899-8801

Berkley Vacation Resorts Inc
2626 E Oakland Park Blvd, Floor 2
Fort Lauderdale, FL 33306-1603

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

(p)COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

CONNIE VANASDALE
MCCSEA LEGAL DEPARTMENT
345 OAK HILL AVE.
PO BOX 119
YOUNGSTOWN, OH 44501-0119

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Cheryl A. While
109 Willis
Auburndale, FL 33823-3826

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Columbus Springs Dublin
7658 Solutions Center
Chicago, IL 60677-7006

Connie J. Vansdale
190 SE Bonita Court
Port Saint Lucie, FL 34983-8420

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Gentle Foot Care
PO Box 27940
Columbus, OH 43227-0940

Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721-2048

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JAVITCH BLOCK
1100 SUPERIOR AVENUE
19TH FLOOR
CLEVELAND OH 44114-2521

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

| | | |
|---|---|---|
| Mansfield Municipal Court<br>30 N Diamond St<br>Mansfield, OH 44902-1738 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| NPAS, Inc dba. NPAS of Tennessee In<br>PO Box 99400<br>Louisville, KY 40269-0400 | Ohio Child Support Payment Central<br>PO Box 182372<br>Columbus, OH 43218-2372 | PennyMac Loan Services, LLC<br>P.O. Box 660929<br>Dallas, TX 75266-0929<br>866-629-4570<br>BK@pnmac.com 75266-0929 |
| Pennymac Loan Services<br>Correspondence Unit/Bankr<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Shelby Municipal Court<br>29 Mack Ave<br>Shelby, OH 44875-1586 |
| Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 | The Danbury Mint<br>47 Richards Ave<br>Norwalk, CT 06857-0001 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Toyota Lease Trust<br>PO Box 9013<br>Addison, TX 75001-9013 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Trac/CBCD/Citicorp<br>Citicorp Credit/Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Charles C̶l̶i̶f̶t̶o̶n̶ Craig While<br>1672 Amoy West Rd<br>Mansfield, OH 44903-8022 ~~X~~ | Debbie Lou ~~X~~<br>1672 Amoy West Road<br>Mansfield, OH 44903-8022 |
| Dynele L Scinker-Kuharich ~~X~~<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1434 | Jonathon Carl Elgin<br>JC Elgin Co LPA ~~X~~<br>6 Water St<br>Shelby, OH 44875-1223 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| COLUMBIA GAS OF OHIO<br>PO BOX 117<br>COLUMBUS, OH 43216 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Javitch Block LLC<br>1100 Superior Ave, 19th Fl<br>Cleveland, OH 44114-2521 |

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Toyota Financial Services<br>Atty: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TOYOTA LEASE TRUST 

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    52
Bypassed recipients     2
Total                  54